**UNITED STATES BANKRUPTCY COURT**
**Eastern District of Virginia (Richmond)**

IN RE:

Debtors: Ruban Matthew Hayer and Branden Simpson Hayer

Case No.:   11-37218

Loan Number (Last 4):   6229

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Nationstar Mortgage, LLC | Bank of America, N.A., etc. |
|---|---|
| Name of Transferee | Name of Transferor |
| 350 Highland Drive | Court Claim # (if known): 11 |
| Lewisville, TX 75067 | Amount of Claim:   $96,522.47 |
|  | Date Claim Filed:   01/13/2012 |
| Phone:   877-782-7612 | Last Four Digits of Acct #:   9503 |
| Last Four Digits of Acct #:   6229 |  |

Name and Address where transferee payments should be sent (if different from above):

350 Highland Drive
Lewisville, TX 75067

Phone:   877-782-7612

Last Four Digits of Acct #:   6229

Transfer Effective: June 04, 2013

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:   /s/ Michael Daniels                                   Date:   07/01/2013
       Manager
       (Approved by: Megan Koza)

Specific Contact Information:
P: 877-782-7612
Megan.Koza@nationstarmail.com

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

434085-f6103a1f-38c5-406a-9dcc-3c1b59b30881